**The ADVERTISER, DIVISION OF The INDEPENDENT, INC.**

v.

**Charles B. TUBBS et al.**

No. 49099.

March 25, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

208 So.2d 537

**The ADVERTISER, DIVISION OF The INDEPENDENT, INCORPORATED**

v.

**Charles B. TUBBS et al.**

No. 49069.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal, the judgment is correct.